DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

INSURANCE CO. v. CURRY

No. 55 PC.

Case below: 28 N.C. App. 286.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

INVESTMENTS v. HOUSING, INC.

No. 70 PC.

Case below: 28 N.C. App. 385.

Petition for discretionary review under G.S. 7A-31 allowed 5 April 1976.

PRITCHETT v. THOMPSON

No. 78 PC.

Case below: 28 N.C. App. 458.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

PROPERTIES, INC. v. KO-KO MART, INC.

No. 96 PC.

Case below: 28 N.C. App. 532.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

STATE v. ANDERSON and PRETTY

No. 79 PC.

Case below: 28 N.C. App. 591.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 April 1976.